NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BANK OF AMERICA, N.A., | No. 17-16108 |
| Plaintiff-Appellant, | D.C. No. 2:16-cv-00609-JCM-NJK |
| v. | |
| DESERT LINN OWNERS' ASSOCIATION, AKA Desert Linn Condominiums; et al., | ORDER* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted March 11, 2019**
San Francisco, California

Before: W. FLETCHER, WATFORD, and HURWITZ, Circuit Judges.

We vacate the order of the district court and remand for further proceedings

consistent with the opinion in *Bank of America, N.A. v. Arlington West Twilight*

*Homeowners Association*, No. 17-15796, filed today.

_____

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

**VACATED and REMANDED.  Each party to bear its own costs.**